RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE /2/28/09
BY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 01-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANTON L. ROBINSON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Amended Motion to Vacate Sentence Under 28 U.S.C. § 2255 [Doc. No. 315] is hereby **DENIED**.

MONROE, LOUISIANA, this 28 day of December, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE