UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 01-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANTON ROBINSON | MAG. JUDGE KAREN L. HAYES |

### ORDER

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Defendant Anton Robinson's "NOTICE OF APPEAL PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 4(a)(6)," construed in part as a motion to reopen the time for appeal [Doc. No. 407], is DENIED. Defendant's appeal is frivolous and untimely.

MONROE, LOUISIANA, this 13th day of July, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE